

| | A. | **Settlement Statement** |
|---|---|---|
| | | U.S. Department of Housing and Urban Development |
| | | OMB No. 2502-0265 (expires 11/30/2009) |

**B. TYPE OF LOAN**

1. ☒FHA   2. ☐FmHA   3. ☐Conv. Unins.
4. ☐VA   5. ☐Conv. Ins.

| 6. FILE NUMBER | 7. LOAN NUMBER |
|---|---|
| C08-0011 | 501858092 |

8. MORTGAGE INSURANCE CASE NUMBER
451-0920526-703

TitleExpress Settlement System

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

| D. NAME OF BORROWER: | Tad J. Franks and Dawn M. Franks |
|---|---|
| ADDRESS: | 2907 West Shore Rd., Warwick, RI 02886 |
| E. NAME OF SELLER: | **REFINANCE** |
| ADDRESS: | |
| F. NAME OF LENDER: | Flagstar Bank, FSB |
| ADDRESS: | 5151 Corporate Drive, Troy, MI 48098-2639 |
| G. PROPERTY ADDRESS: | 2907 West Shore Rd., Warwick, RI 02886 |
| H. SETTLEMENT AGENT: | Cobalt Settlement Services, LLC |
| PLACE OF SETTLEMENT: | 11500 Conridge Drive, Suite 100D, Owings Mills, MD 21117 |
| I. SETTLEMENT DATE: | 01/31/2008 | DISBURSEMENT DATE: | 02/05/2008 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 176,406.57 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 176,406.57 | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | 178,640.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 178,640.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 176,406.57 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 178,640.00 | 602. Less reduction amount due seller (line 520) | |
| **303. CASH TO BORROWER** | 2,233.43 | **603. CASH TO SELLER** | 0.00 |

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

**SETTLEMENT STATEMENT**

File Number: C08-0011

TitleExpress Settlement System

PAGE 2

| L. SETTLEMENT CHARGES | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ = | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission paid at Settlement | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee | % Sher Financial Group, Inc. | | 929.98 | |
| 802. Loan Discount | % | | | |
| 803. Appraisal Fee | | | | |
| 804. Credit Report | | | | |
| 805. Tax Service Fee poc by broker | to 1st American RE Tax | $69.00 POC | | |
| 806. Processing Fee | to Sher Financial Group, Inc. | | 895.00 | |
| 807. Administrative Fee | to Flagstar Bank, FSB | | 550.00 | |
| 808. Flood Cert Fee | to FDSI | $8.50 POC by Lender | | |
| 809. Broker Fee | to Sher Financial Group, Inc. | | 1,786.40 | |
| 810. Administrative Fee | to Sher Financial Group, Inc. | | 350.00 | |
| 811. Broker YSP | to Sher Financial Group, Inc. | $4,419.55 POC by Lender | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From  02/05/2008 to 03/01/2008  @$  33.6479 /day  25 Days | | | 841.20 | |
| 902. Mortgage Insurance Premium for | to Federal Housing Admin | | 2,640.00 | |
| 903. Hazard Insurance Premium for | to Allstate Insurance | (P.O.C.) 948.00 Buyer | 40.00 | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | | |
| 1001. Hazard Insurance | 9 mo. @ $  82.33 /mo | | 740.97 | |
| 1002. Mortgage Insurance | mo. @ $  72.99 /mo | | | |
| 1003. City Property Tax | mo. @ $  /mo | | | |
| 1004. County Property Tax | 4 mo. @ $  202.83 /mo | | 811.32 | |
| 1005. Annual Assessments | mo. @ $  /mo | | | |
| 1009. Aggregate Analysis Adjustment  to Flagstar Bank, FSB | | | -164.59 | 0.00 |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or closing fee | to Cobalt Settlement Services, LLC | | 325.00 | |
| 1102. Abstract or title search | to Target Abstracting, Inc. | | 275.00 | |
| 1103. Title examination | to Cobalt Settlement Services, LLC | | 325.00 | |
| 1104. Title insurance binder | to Cobalt Settlement Services, LLC | | 100.00 | |
| 1105. Document Preparation | to Cobalt Settlement Services, LLC | | 150.00 | |
| 1106. Notary Fees | | | | |
| 1107. Attorney's fees | | ) | | |
| (includes above items No: | | ) | | |
| 1108. Title Insurance | to Stewart Title Guaranty Company | | 435.90 | |
| (includes above items No: | | ) | | |
| 1109. Lender's Policy | 178,640.00 - 435.90 | | | |
| 1110. Owner's Policy | | | | |
| 1111. Courier Fees | to Cobalt Settlement Services, LLC/Fedex | | 75.00 | |
| 1112. Wire fee | to Cobalt Settlement Services, LLC/Wachovia | | 25.00 | |
| 1113. Administration Fee | to Cobalt Settlement Services, LLC | | 75.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees Deed $  ; Mortgage $ 89.00  ; Release $ 150.00 | | | 239.00 | |
| 1202. City/County tax/stamps | Deed $  ; Mortgage $ | | | |
| 1203. State tax/stamps | Deed $  ; Mortgage $ | | | |
| 1204. | | | | |
| 1205. Recording Handling Charge  to Walk Thru Recording | | | 45.00 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Mortgage payoff ln#1044746619 to First Franklin Loan Services | | | 152,033.39 | |
| 1302. Payoff | to TD Banknorth NA | | 7,963.00 | |
| 1303. Payoff | to Washmf/Prov | | 2,292.00 | |
| 1304. Payoff | to Merrick Bk | | 1,518.00 | |
| 1305. Payoff | to Tribute/FBOFD | | 439.60 | |
| 1306. Payoff | to GEMB/JCP | | 375.00 | |
| 1307. Payoff | to HSBC NV | | 306.00 | |
| 1308. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES**   (enter on lines 103, Section J and 502, Section K) | | | 176,408.57 | |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement. I agree to perform adjustments in the event of errors or omissions and indemnify and hold harmless Settlement Agent against such error or omissions.

_____
Tad J. Franks

_____
Dawn M. Franks

**WARNING:** IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

By: _____

_____
DATE