| A. U.S. Department of Housing and Urban Development | | OMB No. 2502-0265 |
|---|---|---|
| | **B. Type of Loan** | |
| | 1. [ ] FHA  2. [ ] FMHA  3. [X] Conv. Unins. | |
| | 4. [ ] VA   5. [ ] Conv. Ins. | |
| | 6. File Number: 5929 | 7. Loan Number: 4000963471 |
| **Settlement Statement** | 8. Mortgage Ins. Case No. | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked ("POC") were paid outside the closing: they are shown here for information purposes and are not included in the totals.

| D. Name of Borrower: | Tad J. Franks, 2907 West Shore Road, Warwick, RI 02886 |
|---|---|
| | Dawn M. Franks, 2907 West Shore Road, Warwick, RI 02886 |
| E. Name of Seller: | |
| F. Name of Lender: | First Franklin a div of Nat'l City Bank of Indiana, 600 West Cummings Park St 2600, Woburn, MA 01801 |
| G. Property Location: | 2907 West Shore Road, Warwick, RI 02886 |
| H. Settlement Agent: | Supreme Title & Escrow, Inc. (401) 475-6288 |
| Place of Settlement: | 960 Smithfield Ave., Lincoln, RI 02865 |
| I. Settlement Date: | 8/9/2006     Proration Date: 8/15/2006 |

| **J. Summary of Borrower's Transaction** | | **K. Summary of Seller's Transaction** | |
|---|---|---|---|
| 100. Gross amount due from borrower: | | 400. Gross amount due to seller: | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 17,156.69 | 403. | |
| 104. Washington Mutual - good through 9/1 FHA | 123,878.95 | 404. | |
| 105. City of Warwick - 2nd Quarter Taxes due | 541.90 | 405. | |
| *Adjustments for items paid by seller in advance:* | | *Adjustments for items paid by seller in advance:* | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross amount due from borrower: | 141,577.54 | 420. Gross amount due to seller: | 0.00 |
| 200. Amounts paid by or in behalf of the borrower: | | 500. Reduction in amount due to seller: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 149,000.00 | 502. Settlement charges to seller (line 1400) | 0.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller:* | | *Adjustments for items unpaid by seller:* | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total paid by/for borrower: | 149,000.00 | 520. Total reduction in amount due seller: | 0.00 |
| 300. Cash at settlement from/to borrower: | | 600. Cash at settlement to/from seller: | |
| 301. Gross amount due from borrower (line 120) | 141,577.54 | 601. Gross amount due to seller (line 420) | 0.00 |
| 302. Less amount paid by/for borrower (line 220) | 149,000.00 | 602. Less total reduction in amount due seller (line 520) | 0.00 |
| 303. CASH ( )FROM (X)TO BORROWER | 7,422.46 | 603. CASH ( )FROM ( )TO SELLER | 0.00 |

**SUBSTITUTE FORM 1099 SELLER STATEMENT** - The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

**SELLER INSTRUCTION** - If this real estate was your principle residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required by law to provide Supreme Title & Escrow, Inc. (401) 475-6288 with your correct taxpayer identification number.
If you do not provide Supreme Title & Escrow, Inc. (401) 475-6288 with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

| | Settlement Charges | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| 700. | Total sales/broker commission | | | | |
| | Division of commission (line 700) as follows: | | | | |
| 701. | $ | | | | |
| 702. | $ | | | | |
| 703. | Commission paid at settlement | | | | |
| 704. | | | | | |
| 800. | **Items payable in connection with loan** | | | | |
| 801. | Loan origination fee | | | | |
| 802. | Loan discount | | | | |
| 803. | Appraisal fee | to | AllState Appraisal POCB 300.00 | | |
| 804. | Credit report | | | | |
| 805. | Lender's inspection fee | | | | |
| 806. | Mortgage insurance application fee | | | | |
| 807. | Assumption fee | | | | |
| 808. | Credit Report | to | CREDCO | 16.89 | |
| 809. | Administration Fee | to | First Franklin a div of Nat'l City Bank of Indiana | 695.00 | |
| 810. | Wire Transfer Fee | to | First Franklin a div of Nat'l City Bank of Indiana | 5.00 | |
| 811. | Flood Cert. Fee | to | LSI FLood Services | 5.00 | |
| 812. | Tax Service | to | First Franklin a div of Nat'l City Bank of Indiana | 72.00 | |
| 813. | Processing Fee | to | Royal Capital Funding, LLC | 795.00 | |
| 814. | Processing Fee | to | Royal Capital Funding, LLC | 2,980.00 | |
| 815. | Review Appraiser | to | Standard Plus | 10.00 | |
| 816. | Broker Fee Paid by Lender | to | Royal Capital Funding, LLC POCL 2086.00 | | |
| 900. | **Items required by lender to be paid in advance** | | | | |
| 901. | Interest from 8/14/2006 to 9/1/2006 at $33.93890/day for 18 days. | | | 610.90 | |
| 902. | Mortgage insurance premium for | | | | |
| 903. | Hazard insurance premium for 1 yrs. to Amica POCB 1136.00 | | | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. | **Reserves deposited with lender** | | | | |
| 1001. | Hazard insurance | | | | |
| 1002. | Mortgage insurance | | | | |
| 1003. | City property taxes | | | | |
| 1004. | County property taxes | | | | |
| 1005. | Annual assessments (maint.) | | | | |
| 1006. | | | | | |
| 1007. | | | | | |
| 1008. | | | | | |
| 1009. | | | | | |
| 1100. | **Title charges** | | | | |
| 1101. | Settlement or closing fee | to | Supreme Title & Escrow, Inc. | 550.00 | |
| 1102. | Abstract or title search | | | | |
| 1103. | Title examination | to | Supreme Title & Escrow, Inc. | 200.00 | |
| 1104. | Title insurance binder | | | | |
| 1105. | Document preparation | | | | |
| 1106. | Notary fees | | | | |
| 1107. | Attorney's fees to | | | | |
| | includes above items no.: | | | | |
| 1108. | Title insurance | to | Stewart Title Guaranty | 372.90 | |
| | includes above items no.: | | ST & E 60% ST 40% | | |
| 1109. | Lender's coverage | | $149,000.00 $372.90 | | |
| 1110. | Owner's coverage | | | | |
| 1111. | Title Rundown & Record | to | Supreme Title & Escrow, Inc. | 100.00 | |
| 1112. | Obtain MLC | to | City of Warwick | 25.00 | |
| 1113. | | | | | |
| 1200. | **Government recording and transfer charges** | | | | |
| 1201. | Recording fees: | | Mortgage $100.00 Release $47.00 MLC $8.00 | 155.00 | |
| 1202. | City/county tax/stamps: | | | | |
| 1203. | State tax/stamps: | | | | |
| 1204. | | | | | |
| 1205. | | | | | |
| 1206. | | | | | |
| 1300. | **Additional settlement charges** | | | | |
| 1301. | Survey | to | Stewart Title Guaranty | 75.00 | |
| 1302. | Pest inspection | | | | |
| 1303. | Courier Fee | to | Federal Express | 35.00 | |
| 1304. | Wire Fee | to | Supreme Title & Escrow, Inc. | 10.00 | |
| 1305. | Discharge Tracking Fee | to | Elizabeth Tanner, Esq./RELOS | 50.00 | |
| 1306. | Payout | to | HSBC Auto | 8,808.00 | |
| 1307. | Payout | to | Merrick Bank | 722.00 | |
| 1308. | Payout | to | First Premier Bank | 319.00 | |
| 1309. | Payout | to | HSBC NV | 282.00 | |
| 1310. | Payout | to | Capital 1 Bank | 263.00 | |
| 1400. | Total settlement charges (entered on lines 103, section J and 502, section K) | | | 17,156.69 | |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

Tad J. Franks

Dawn M. Franks

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Supreme Title & Escrow, Inc.                                    Date

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18: U.S. Code Section 1001 and Section 1010.